UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHARLENE DEVLIN, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. |
| v. | ) ) | 13-11260-FDS |
| KILOLO KIJAKAZI,[1] | ) ) ) | |
| Defendant. | ) ) | |

ORDER ON PLAINTIFF'S MOTION FOR
AWARD OF § 406(b) FEES

**SAYLOR, C.J.**

This is a case about disputed Social Security benefits. Plaintiff has moved for an award of fees pursuant to 42 U.S.C. § 406(b) in the amount of $14,424.00. That amount, together with $6,000 awarded pursuant to § 406(a), represents 25 percent of plaintiff's past-due benefits and conforms to a contingent fee agreed upon by the parties. Plaintiff was also awarded attorney's fees in the amount of $3,414.75 under the Equal Access to Justice Act (EAJA).

Defendant has not objected to plaintiff's motion for an award pursuant to § 406(b), but requests that the Court order that plaintiff's attorney return to plaintiff the lesser of any fees awarded under § 406(b) and the EAJA. Plaintiff's motion also directs this result in conformity with *Gisbrecht v. Barnhart,* whereby the Supreme Court held that fee awards may be made under both the EAJA and § 406(b), but claimant's attorney must refund the lesser fee to the claimant.

---

[1] The Court has substituted the current Acting Commissioner of the Social Security Administration, Kilolo Kijakazi, as the named defendant pursuant to Fed. R. Civ. P. 25(d).

535 U.S. 789, 796 (2002).

For the foregoing reasons, plaintiff's motion for attorney's fees pursuant to § 406(b) is GRANTED in the amount of $14,424.00.  Plaintiff's attorney is directed to remit to plaintiff the lesser EAJA fee in the amount of $3,414.75.

**So Ordered.**

|  |  |
|---|---|
| Dated: October 18, 2021 | /s/ F. Dennis Saylor IV<br>F. Dennis Saylor IV<br>Chief Judge, United States District Court |